# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ANTHONY STEWART,

    Plaintiff,

v.                                                  Case No. 3:18-cv-763-J-34JBT

NANCY A. BERRYHILL, Acting Commissioner
of the Social Security Administration,

    Defendant.

## **O R D E R**

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 16; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on February 7, 2019. In the Report, Judge Toomey recommends that the Commissioner's decision be affirmed. See Report at 2, 14. No objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993; See also 28 U.S.C. § 636(b)(1)). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:08-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 16) is **ADOPTED** as the opinion of the Court.

2. The Clerk of the Court is directed to enter judgment **AFFIRMING** the Commissioner's final decision and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of March, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja
Copies to:
Counsel of Record